Trivennia Caruso, Plaintiff-Appellant, v. Nazie Caruso, Defendant-Appellee.

Gen. No. 51,641. (Abstract of Decision.)

First District, Second Division.

January 30, 1968.

Lou Nathanson and Robert D. Gordon, of Chicago, for appellant; no brief or appearance filed by appellee. Opinion by JUSTICE LYONS. Not to be published in full.